**Exhibit A to the Complaint**

**Location:** Havertown, PA  **IP Address:** 100.11.13.233
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 06-02-2021 22:09:25 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 2 | Info Hash: 65A8F206141EB10A442866B90EFD0141195DDA20<br>File Hash: 3E9306A2DFC01C98D1F65460B38B737A728608CAFE5906A8C2983B26FE3CF077 | 06-02-2021 22:06:29 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 3 | Info Hash: A1E1A3C583B67DD01750FA4D4D932F440E49B6EF<br>File Hash: B6127B3C4433AB85FA51CB927297EE381F1B7FB19170BF1665D9B9A044551C5D | 06-02-2021 22:04:34 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 4 | Info Hash: B103DC0A7CBB5DA036563274CA5BA61E65EF822F<br>File Hash: 382280A5D367505B880A44810F2F6EDF4CE0BEB72B7FD8C0D59EE24938429AB6 | 05-16-2021 03:22:11 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 5 | Info Hash: A20E3EE0978ECEE915C378D7117B7F48898E3729<br>File Hash: 862BEBF2B44FB2C6532993ADF797E366FEE37CA3299F1ACBBC5EBF5A71C74E9C | 05-16-2021 03:20:53 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 6 | Info Hash: D82FDB876FA61FBF5779B56DE254C06867BD82D4<br>File Hash: F5D43B4293E841C1705701B929D6246EC86EAF539F9CA169B5037A89C1ED85E4 | 05-16-2021 03:19:57 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 7 | Info Hash: F63BBFC680C5A1422FE794C3870264F2321A53D8<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-28-2021 13:53:45 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 8 | Info Hash: D36F51AF58B1257DB20537BE0F8C83CD5B2656FF<br>File Hash: E5C3FF6DDB02CD5910543747455B9E1AA258A27B6DDD5C286B81087C919C35B9 | 01-16-2021 18:03:45 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9DFB2B28348D2D9F5CEE9E2B3D6B412C0A037F67<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 01-01-2021 17:24:37 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 10 | Info Hash: 7BED574AFA312F6831A1CDD406A5F1291515C568<br>File Hash: 0CDFAC8816AB3B68D45C3743A4C6F8B6BE16DEFDBCD039E1304DC79687B73B93 | 01-01-2021 17:15:53 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 11 | Info Hash: 34E4DA6E5D1F0861B3294B6E641601FCDB2271B9<br>File Hash: C4F26B7087B8C215108FF4593137C894F403D2940B13FE7A97453FAB61C34E23 | 01-01-2021 17:14:00 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 12 | Info Hash: 8EE76A64B8F78296D8BA6D3C77273B99EC1B5081<br>File Hash: 80798E7C3C20BA507A00B6BF10247DB476510EFD3FA7C31B1D420B617065C577 | 12-11-2020 00:58:14 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 13 | Info Hash: 7277A59EE15D6BCBDE93A948B151E12CD1E6DE32<br>File Hash: BEBFB9DC67D4A982AAD15C7CF1299B4F25FC867AC361CB0D1CF1BD5AE35C17DF | 12-11-2020 00:56:07 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 14 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608<br>File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 12-11-2020 00:55:01 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 15 | Info Hash: 1D2F6A96FCA0768229D3EA273E344D56AC0BB731<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 12-11-2020 00:54:40 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 16 | Info Hash: 276936219415D29826F0AD8266C3D9835AC46263<br>File Hash: DF6521B38E09F8D987DF73CEF0CC8101B607A6EF1A8A659CBF85C6A40A3607B5 | 12-11-2020 00:54:40 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 17 | Info Hash: BD6060ADF5D506AEDCACA1206C61BE68A531D586<br>File Hash: 9F30B4304A2C6A1ED2825CBA9290B07F573E233F309FFA499F963692B013F452 | 07-19-2020 17:14:52 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9A02A2CCF0111C7FDD71DC48E5C0E571C9738BFE<br>File Hash: 83BEB29FBAF38E521324E5DC2537924624EC9C8C7ADE7A01813F6264BFBD51BC | 06-30-2020 11:51:30 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 19 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67<br>File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 06-30-2020 11:38:33 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 20 | Info Hash: DE59C5100B1D202279BE00C0B4A7D1F924FF279F<br>File Hash: 36E448F6C97F91973F67AADA03FDA7D48824A4996A7D91BE1C1D8E0684354549 | 06-30-2020 11:32:04 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 21 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 06-13-2020 02:39:26 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 22 | Info Hash: 257415A30658282F03E3611F79BE13DD41CCECDB<br>File Hash: 1E3F16BABF44C3D877F5F71615A2810D183D3C885C6EFD308D4D620D14B603ED | 03-12-2020 22:42:53 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 23 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash: E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 12-21-2019 00:32:17 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 24 | Info Hash: E4062D74C022DAA04364C4E941D9DF3E0060AEA3<br>File Hash: 6479A9E1F85726E412945BA18A76C4C25132C82B2F81EB74ED6F588E3D19BFFD | 11-29-2019 00:43:43 | Tushy | 11-27-2019 | 01-03-2020 | PA0002233434 |
| 25 | Info Hash: F60F53E922BA2B9C79356C23641CB3958C3BE055<br>File Hash: DCDA02872B398067F5382B246A09069EB5AD7EC3868FEF36A744D428A747C6C8 | 11-29-2019 00:32:04 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 26 | Info Hash: 0E88A66CCAB0C708774C78CAEFEBEC4EEDBEACCF<br>File Hash: 607A12C013F9B75E0B48C01A9B1D64908F15FDDEAE6F90A85FEAC18574F98C88 | 11-29-2019 00:04:49 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: CB3E0990402330F8BB53F646F8F4442823D49B2D<br>File Hash: 47DBB7C708EA487E8F95EB89FBDC0596204EADDC029D9BCD1FD57B8E9FF2552E | 11-28-2019 23:45:45 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |
| 28 | Info Hash: 7A400A4D1F90EA5693A368BF3EC2DACC98DE61A5<br>File Hash: 0518F06E1E28E644168D11710DA5F5A3F43B5A1D9BE7FFC37581045344452337 | 06-15-2019 02:29:16 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |